UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTIAN MAYANCELA and JOHN RAMIREZ,
on behalf of themselves and all others similarly
situated,

                       23 Civ. 7680 (DEH)(BCM)

                Plaintiffs,

                       **CONSENT TO SUE**
    -against-                      (*Consentimiento Para*
                                                   *Demandar*)
TOTAL HOME IMPROVEMENT SERVICES INC.,
KVL PAINTING SERVICES CORP., JOHN DOE     **COLLECTIVE ACTION**
CORPS., and JIMMY ANDRADE,                     (*Acción Colectiva*)

                Defendants.
-------------------------------------------------------------------X

1. Doy mi consentimiento para ser parte demandante para todos los fines de esta demanda contra mi empleador actual/anterior, Total Home Improvement Services Inc., KVL Painting Services Corp. y/o John Doe Corps., y Jimmy Andrade, para buscar reparación por todos los reclamos en la Queja. Autorizo a Pechman Law Group PLLC a representarme en este caso.

2. Por la presente designo y autorizo a Pechman Law Group PLLC a tomar todas las decisiones en mi nombre relacionadas con el litigio y la resolución de esta demanda. Acepto estar sujeto a las decisiones tomadas por Pechman Law Group PLLC en mi nombre. Además, acepto estar obligado por cualquier resolución de esta acción por parte de un tribunal, ya sea favorable o desfavorable. Entiendo que Pechman Law Group PLLC solicitará al Tribunal los honorarios de abogados de cualquier acuerdo o monto de juzgamiento por el monto mayor de (i) el monto total de los honorarios de abogados otorgados por el Tribunal y pagados por los Demandados, o (ii) un tercio (*es decir*, 33,33%) de la recuperación monetaria agregada bruta computada sobre la suma neta recuperada menos los costos propiamente imputables al procesamiento del caso.

Fecha: 1/9/2024

Firma: *Salvador S*

Nombre: *Salvador Sanchez*

Correo, fax o correo electrónico a:
Pechman Law Group PLLC
488 Madison Avenue, piso 17, Nueva York, Nueva York 10022
Tel: (212) 583-9500 / Fax: (212) 409-8763 / E-mail: pechman@pechmanlaw.com