UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RAMIREZ, et al,<br><br>                              Plaintiff(s),<br><br>v.<br><br>TOTAL HOME IMPROVEMENT SERVICES INC. et al,<br><br>                              Defendant(s). | 23 Civ. 7680 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **January 11, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **January 18, 2024**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

The case management plan and scheduling order ("order") will issue separately. As stated in the parties' proposed order, the parties shall inform the Court of any anticipated changes to the discovery schedule by **February 5, 2024**.

Additionally, by **February 20, 2024**, the parties shall notify the Court whether they have retained a private mediator.

SO ORDERED.

2

Dated: January 12, 2024
       New York, New York

                                         DALE E. HO
                                United States District Judge