UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTIAN MAYANCELA and JOHN RAMIREZ, on behalf of themselves and all others similarly situated,

                         Plaintiffs,

     -against-

TOTAL HOME IMPROVEMENT SERVICES INC., KVL PAINTING SERVICES CORP., JOHN DOE CORPS., and JIMMY ANDRADE,

                         Defendants.
------------------------------------------------------------------------X

**23 Civ. 7680 (DEH)(BCM)**

**CONSENT TO SUE**
(*Consentimiento Para Demandar*)

**COLLECTIVE ACTION**
(*Acción Colectiva*)

      1.     Doy mi consentimiento para ser parte demandante para todos los fines de esta demanda contra mi empleador actual/anterior, Total Home Improvement Services Inc., KVL Painting Services Corp. y/o John Doe Corps., y Jimmy Andrade, para buscar reparación por todos los reclamos en la Queja. Autorizo a Pechman Law Group PLLC a representarme en este caso.

      2.     Por la presente designo y autorizo a Pechman Law Group PLLC a tomar todas las decisiones en mi nombre relacionadas con el litigio y la resolución de esta demanda. Acepto estar sujeto a las decisiones tomadas por Pechman Law Group PLLC en mi nombre. Además, acepto estar obligado por cualquier resolución de esta acción por parte de un tribunal, ya sea favorable o desfavorable. Entiendo que Pechman Law Group PLLC solicitará al Tribunal los honorarios de abogados de cualquier acuerdo o monto de juzgamiento por el monto mayor de (i) el monto total de los honorarios de abogados otorgados por el Tribunal y pagados por los Demandados, o (ii) un tercio (*es decir*, 33,33%) de la recuperación monetaria agregada bruta computada sobre la suma neta recuperada menos los costos propiamente imputables al procesamiento del caso.

Fecha: 01 / 17 / 2024

Firma: *Jonathan M.*

Nombre: Jonathan Molina Giraldo

**Correo, fax o correo electrónico a:**
Pechman Law Group PLLC
488 Madison Avenue, piso 17, Nueva York, Nueva York 10022
Tel: (212) 583-9500 / Fax: (212) 409 -8763/ E-mail: pechman@pechmanlaw.com