UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHRISTIAN MAYANCELA and JOHN       :
RAMIREZ, on behalf of themselves and all    :
others similarly situated,                            :
                                              :
                Plaintiffs,        :        **23 Civ. 7680 (DEH)(BCM)**
                                              :
      -against-                     :
                                            :
TOTAL HOME IMPROVEMENT SERVICES   :        **NOTICE OF ACCEPTANCE**
INC., KVL PAINTING SERVICES CORP., JOHN :      **OF OFFER OF JUDGMENT**
DOE CORPS., and JIMMY ANDRADE,      :
                                            :
                Defendants.      :
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Christian Mayancela, John Ramirez, Danny Hernandez, Hugo Albornoz, Francisco Rodriguez, Jose Benitez, Johan Gutierrez, Yaned Orrego, Katherine Martinez, Jose Velasco, Saul Meza, Wilfer Yusti, John James Yusti, Manuel Martinez, Nelson Granados, Wilson Martinez, Francisco Presa-Leon, Olga Vargas, Victor Gonzalez, Jonathan Molina, Eduard Varela, Jair Valoy, Marco Zapata, Walter Perez, Jose Jutinico, Javier Jimenez, Johnatan Torres, Marlon Andres Vera, Sergio Escobar, Fabian Sanchez, Cesar Tobon, Hugo Lopez, Henry Brea, Duban Jimenez, Manuel Silva Ortiz, Rosalyn Cortavarria, Hector Escamilla, Delmer Rosales, Eduin Carranza, Diana Cardenas, Raul Cruz, Sonia Milena Buitrago, Leonardo Arboleda, Jose Lopez-Sarria, John Gonzales, Gabriel Hernandez, Juan Lopez, Willy Brea, Rafael Del Aguila, David Cortes, Javier Londoño, Gustavo Mera, Salvador Sanchez, Jose Pena, Gabriel Revilla, Rosa Elena Crespo, Iris Chacon, Diego Rodriguez, Didier Perez, Nay Figueroa, Ronald Ruda, on behalf of themselves and all others similarly situated, hereby accept the attached Offer of Judgment of Defendants Total Home Improvement Services Inc., KVL Painting Services Corp., Aishel Maintenance Corp., Arc 2 Studio LLC, FJC Contractor Corp., Exclusivity

Corp, HTE Improvement Services LLC, NYC Painting Group Services Corp., Renovate

BD LLC, Sananjac Contracting Corp., USA NY Contracting Corp., and Jimmy Andrade,

dated and served August 6, 2024.

Dated:  New York, New York
        August 6, 2024

                                        PECHMAN LAW GROUP  PLLC

                                        By: _____
                                            Louis Pechman, Esq.
                                            Gianfranco J. Cuadra, Esq.
                                            Camille A. Sanchez, Esq.
                                            488 Madison Avenue
                                            17th Floor
                                            New York, NY 10022
                                            Tel.:  (212) 583-9500
                                            pechman@pechmanlaw.com
                                            cuadra@pechmanlaw.com
                                            sanchez@pechmanlaw.com
                                            *Attorneys for Plaintiffs*

To:  George D. Vallas Esq.
     30 Ramland Road
     Ste 201
     Orangeburg, NY 10962
     Tel.:  (212) 644-1310
     gv@greenwaldllp.com
     *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

CHRISTIAN MAYANCELA and JOHN RAMIREZ, on
behalf of themselves and all others similarly
situated,

                         Plaintiffs,

        -against-

TOTAL HOME IMPROVEMENT SERVICES INC., KVL
PAINTING SERVICES CORP., JOHN DOE CORPS.,
and JIMMY ANDRADE,

                       Defendants.
------------------------------------------------------------ X

:
:
:
:
:
:      23 Civ. 7680 (DEH)(BCM)
:
:
:      **OFFER OF JUDGMENT**
:
:
:
:
:
:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Total Home

Improvement Services Inc., KVL Painting Services Corp., Exclusivity Corp., HTE

Improvement Services LLC, Renovate BD LLC, Sananjac Contracting Corp., (together,

"Corporate Defendants"), by their respective undersigned attorneys, hereby offer to allow

judgment to be taken against them for the amounts set forth below in favor of Plaintiffs

Christian Mayancela, John Ramirez, Danny Hernandez, Hugo Albornoz,  Francisco

Rodriguez, Jose Benitez, Johan Gutierrez, Yaned Orrego, Katherine Martinez, Jose Velasco,

Saul Meza, Wilfer Yusti, John James Yusti, Manuel Martinez, Nelson Granados, Wilson

Martinez, Francisco Presa-Leon, Olga Vargas, Victor Gonzalez, Jonathan Molina, Eduard

Varela, Jair Valoy, Marco Zapata, Walter Perez, Jose Jutinico, Javier Jimenez, Johnatan

Torres, Marlon Andres Vera, Sergio Escobar, Fabian Sanchez, Cesar Tobon, Hugo Lopez,

Henry Brea, Duban Jimenez, Manuel Silva Ortiz, Rosalyn Cortavarria, Hector Escamilla,

Delmer Rosales, Eduin Carranza, Diana Cardenas, Raul Cruz, Sonia Milena Buitrago, Leonardo Arboleda, Jose Lopez-Sarria, John Gonzales, Gabriel Hernandez, Juan Lopez, Willy Brea, Rafael Del Aguila, David Cortes, Javier Londoño, Gustavo Mera, Salvador Sanchez, Jose Pena, Gabriel Revilla, Rosa Elena Crespo, Iris Chacon, Diego Rodriguez, Didier Perez, Nay Figueroa, Ronald Ruda (collectively, "Plaintiffs") in the gross total sum of Five Hundred and Eighty-Seven Thousand Five Hundred Dollars and Zero Cents ($587,500.00) (the "Payment") in full and final settlement of all of Plaintiffs' claims against Defendants, including but not limited to those asserted in this Action for unpaid minimum and overtime wages, liquidated damages, statutory damages, interests, attorneys' fees and costs, and all other claims arising out of or related to the facts and transactions alleged or that could have been alleged in the above-captioned action and any other possible claim by any Plaintiff against any Defendant and Releasee (as defined below) per the terms below.

If Plaintiffs accept this Offer of Judgment, Corporate Defendants shall transmit the Payment within thirty (30) calendar days of the termination with prejudice of this Action by delivering checks to the office of Plaintiffs' counsel as outlined in **Exhibit 1**.

Each Corporate Defendants shall be responsible for paying only a portion of the Payment as outlined in Exhibit 1.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from it shall be construed in any manner whatsoever as an admission by any of the Defendants

2

concerning any allegation that Plaintiffs made in this Action, including allegations of joint

liability; liability of any type under any law to Plaintiffs; or Plaintiffs' entitlement to any

category of damages, all of which Defendants deny.

In this Offer of Judgment, the following entities and individuals listed in sections

(a) and (b) are referred to as the "Releasees":

(a) Defendant Jimmy Andrade, including all of his respective executors, administrators, representatives, and assigns; and

(b) Defendant Total Home Improvement Services Inc., Defendant KVL Painting Services Corp., Defendant Aishel Maintenance Corp., Defendant Arc 2 Studio LLC, Defendant FJC Contractor Corp., Defendant Exclusivity Corp, Defendant HTE Improvement Services LLC, Defendant NYC Painting Group Services Corp., Defendant Renovate BD LLC, Defendant Sananjac Contracting Corp., Defendant USA NY Contracting Corp., including each of their respective successors in interest, predecessors, and parent, subsidiary, and affiliated entities, and including all of their respective owners, board members, managers, officers, shareholders, insurers, agents, and assigns.

By accepting this Offer of Judgment, Plaintiffs, on behalf of themselves and their

attorneys, representatives, assigns, executors, administrators, and agents (together,

"Releasors"), release each and every Releasee, to the greatest extent possible under law,

from any and all claims that Plaintiffs alleged or could have alleged in the above-

referenced action concerning or arising out of the payment of wages under the Fair Labor

Standards Act, 29 U.S.C. § 201 *et seq.*, the New York Labor Law, and the New York Wage

Theft Prevention Act.  To the greatest extent permitted by law, the foregoing release

further includes, but is not limited to, any and all claims under the New York State Human

Rights Law, the New York City Human Rights Law, Title VII of the Human Rights Act of

1964 as amended, the New York State and City Sick and Safe Leave Laws, the Family

Medical Leave Act, the New York State Paid Family Leave Act, the Employee Retirement

Income Security Act of 1974 as amended, the Age Discrimination in Employment Act of

1967, the federal and New York State Worker Adjustment and Retraining Acts, and/or any

and all other federal, state, or local statutes, laws, rules, and regulations pertaining to

employment, as well as any and all claims under state contract or tort law; and any and

all other claims, charges, actions, and causes of action of any kind or nature that Releasors

once had or now have, whether arising out of Plaintiff's employment with Defendants or

otherwise, from the beginning of the world through the date that Plaintiff accepts this

Offer of Judgment. Acceptance of this offer of judgment further operates to waive

Plaintiffs' right to any claim of interest on the amount of the judgment.

Notwithstanding any provision to the contrary, Plaintiff John Ramirez's ongoing

administrative proceeding against Total Home Improvement Services Inc. and KVL

Painting Services, case number 10227120, filed before the New York State Division of

Human Rights is in no way waived, limited, or otherwise affected by any provision of this

Offer of Judgment.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal

Rules of Civil Procedure and shall be deemed withdrawn unless Plaintiffs serve written

notice of acceptance within fourteen (14) days of the date on which this Offer of Judgment

was served.  Any evidence of this Offer of Judgment shall be inadmissible except in any

proceeding to enforce its terms.

4

Dated:  New York, New York
   July 3, 2024

              Greenwald Doherty LLP

         By: _____
              George D. Vallas Esq.
              30 Ramland Road
              Ste 201
              Orangeburg, NY 10962
              Tel.:  (212) 644-1310
              gv@greenwaldllp.com
              *Attorneys for Defendants*

To:  Louis Pechman, Esq.
  Gianfranco J. Cuadra, Esq.
  Camille A. Sanchez, Esq.
  488 Madison Avenue
  17th Floor
  New York, NY 10022
  Tel.:  (212) 583-9500
  pechman@pechmanlaw.com
  cuadra@pechmanlaw.com
  sanchez@pechmanlaw.com
  *Attorneys for Plaintiffs*

5

Mayancela v. Total Home Improvement Services, Inc. No. 23-CV-7680

Offer of Judgment -- Exhibit 1

| Payor's Name | Recipient Name | Check Amount |
|---|---|---|
| Exclusivity | Rosa Elena Crespo | $3,555.66 |
| **Exclusivity Subtotal** | | **$3,555.66** |
| HTE | Francisco Rodriguez | $222.35 |
| HTE | Katherine Martinez | $1,197.78 |
| HTE | Olga Vargas | $4,735.53 |
| HTE | Rosalyn Mireno | $1,676.73 |
| HTE | Diana Cardenas | $509.41 |
| HTE | Raul Cruz | $2,398.60 |
| HTE | Milena Buitrago | $10,560.35 |
| HTE | Nays Figuera | $842.18 |
| **HTE Subtotal** | | **$22,142.93** |
| Total Home Improvement Services, Inc. | Eduardo Perez | $1,996.56 |
| **TOTAL HOME Subtotal** | | **$1,996.56** |
| KVL | John Ramirez | $23,322.73 |
| KVL | Yaned Orrego | $20,296.82 |
| KVL | Wilfer (Cowy) Yusti | $10,340.29 |
| KVL | James Yusti | $3,500.45 |
| KVL | Wilson Martinez | $8,757.21 |
| KVL | Eduard Varela | $4,339.57 |
| KVL | Jair Valoy | $6,968.91 |
| KVL | Marco Zapata | $7,789.01 |
| KVL | William Jutinico | $10,491.44 |
| KVL | Javier Gonzalez | $6,936.17 |
| KVL | Alejandro Tobon | $5,985.10 |
| KVL | Hugo Lopez | $24,035.22 |
| KVL | Hector Escamilla | $15,504.92 |
| KVL | Edwin Rodriguez | $5,383.16 |
| KVL | Alejandro (Leo) Arboleda | $10,445.75 |
| KVL | Jose Lopez | $616.78 |
| KVL | John Gonzales | $6,191.45 |
| KVL | Rafael Del Aguila | $7,055.33 |
| KVL | Javier Londono | $6,834.89 |
| **KVL Subtotal** | | **$184,795.20** |
| Renovate | Christian Mayancela | $10,885.75 |
| Renovate | Danny Hernandez | $8,683.74 |
| Renovate | Hugo Albornos | $11,391.12 |
| Renovate | Nelson Granados | $9,098.34 |
| Renovate | Andres Vera | $3,036.33 |
| Renovate | Gustavo Mena | $228.44 |
| Renovate | Diego Rodriguez | $2,003.03 |
| **Renovate Subtotal** | | **$45,326.75** |
| Sananjac | Jose Leo Benitez | $478.96 |
| Sananjac | Johan Gutierrez | $1,015.03 |
| Sananjac | Carlos Velasco | $9,107.87 |
| Sananjac | Saul Meza | $2,161.41 |
| Sananjac | Manuel Martinez | $2,223.85 |
| Sananjac | Francisco Presa | $20,027.25 |
| Sananjac | Victor Gonzalez | $4,532.60 |
| Sananjac | Jonathan Molina | $1,144.85 |
| Sananjac | Walter Perez | $3,029.09 |
| Sananjac | Jonathan Torres | $8,288.91 |

Mayancela v. Total Home Improvement Services, Inc. No. 23-CV-7680

Offer of Judgment -- Exhibit 1

| Payor's Name | Recipient Name | Check Amount |
|---|---|---|
| Sananjac | Sergio Escobar | $833.03 |
| Sananjac | Fabian Sanchez | $5,818.34 |
| Sananjac | Henry Brea | $3,114.00 |
| Sananjac | Duban Jimenez | $8,119.86 |
| Sananjac | Manuel Ortiz | $14,730.51 |
| Sananjac | Delmer Rosales | $11,706.36 |
| Sananjac | Gabriel Hernandez | $4,052.12 |
| Sananjac | Juan Lopez | $14,710.71 |
| Sananjac | William Brea | $1,475.71 |
| Sananjac | David Cortez | $2,029.29 |
| Sananjac | Salvador Sanchez | $643.82 |
| Sananjac | Jose Pena | $2,837.98 |
| Sananjac | Rufino Revilla | $3,553.75 |
| Sananjac | Iris Chacon | $6,541.74 |
| Sananjac | Ronald Ruda | $737.86 |
| **Sananjac Subtotal** | | **$132,914.90** |
| Total Home Improvement Services, Inc. | Pechman Law Group PLLC | **$196,768.00** |

| **TOTAL** | **$587,500.00** |
|---|---|

## CERTIFICATE OF SERVICE

I, Gianfranco J. Cuadra, an attorney duly admitted to practice before this Court and member of the Bar of State of New York, declare the following under penalty of perjury:

I am counsel to Plaintiffs in the above-captioned action and am over the age of 18, and am not a party to this action. On August 6, 2024, I served Plaintiffs' notice of acceptance of Defendants' Offer of Judgment in the above-captioned action by serving a true and correct copy of it via electronic mail and via the Court's ECF system to:

George D. Vallas Esq.
Greenwald Doherty LLP
30 Ramland Road
Ste 201
Orangeburg, NY 10962
Tel.: (212) 644-1310
gv@greenwaldllp.com
*Attorneys for Defendants*

Dated:  New York, New York
        August 6, 2024

PECHMAN LAW GROUP PLLC

By: _____
    Gianfranco J. Cuadra, Esq.