UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTIAN MAYANCELA and JOHN RAMIREZ, on behalf of themselves and all others similarly situated,

                           Plaintiffs,

     -against-

TOTAL HOME IMPROVEMENT SERVICES INC., KVL PAINTING SERVICES CORP., JOHN DOE CORPS., and JIMMY ANDRADE,

                           Defendants.
------------------------------------------------------------------------X

**23 Civ. 7680 (DEH)(BCM)**

**PROPOSED JUDGMENT**

    **The Court Orders that:**

Plaintiffs Christian Mayancela, John Ramirez, Danny Hernandez, Hugo Albornoz, Francisco Rodriguez, Jose Benitez, Johan Gutierrez, Yaned Orrego, Katherine Martinez, Jose Velasco, Saul Meza, Wilfer Yusti, John James Yusti, Manuel Martinez, Nelson Granados, Wilson Martinez, Francisco Presa-Leon, Olga Vargas, Victor Gonzalez, Jonathan Molina, Eduard Varela, Jair Valoy, Marco Zapata, Walter Perez, Jose Jutinico, Javier Jimenez, Johnatan Torres, Marlon Andres Vera, Sergio Escobar, Fabian Sanchez, Cesar Tobon, Hugo Lopez, Henry Brea, Duban Jimenez, Manuel Silva Ortiz, Rosalyn Cortavarria, Hector Escamilla, Delmer Rosales, Eduin Carranza, Diana Cardenas, Raul Cruz, Sonia Milena Buitrago, Leonardo Arboleda, Jose Lopez-Sarria, John Gonzales, Gabriel Hernandez, Juan Lopez, Willy Brea, Rafael Del Aguila, David Cortes, Javier Londoño, Gustavo Mera, Salvador Sanchez, Jose Pena, Gabriel Revilla, Rosa Elena Crespo, Iris Chacon, Diego Rodriguez, Didier Perez, Nay Figueroa, Ronald Ruda recover the total amount of Five Hundred Eighty-Seven Thousand Five Hundred Dollars and Zero Cents ($587,500.00), inclusive of attorneys' fees and costs, as set forth in the chart

below from each of the following Defendants subject to the terms in the accepted offer of judgment (ECF No. 94):

| Defendant | Amount of Judgment Against Defendant |
|---|---|
| Total Home Improvement Services, Inc. | $198,764.56 |
| KVL Painting Services Corp. | $184,795.20 |
| Exclusivity Corp. | $3,555.66 |
| HTE Improvement Services LLC | $22,142.93 |
| Renovate BD LLC | $45,326.75 |
| Sananjac Contracting Corp. | $132,914.90 |

Dated:  New York, New York

_____, 2024

SO ORDERED:

_____
Hon. Dale E. Ho
United States District Judge